IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Young, Michael H

Printed: 01/22/09

Case Number: 05 B 07588
Judge: Wedoff, Eugene R
Filed: 3/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 5, 2008
Confirmed: July 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 30,533.00 |  |
| Secured: |  | 11,536.78 |
| Unsecured: |  | 14,868.27 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,515.00 |
| Trustee Fee: |  | 1,612.76 |
| Other Funds: |  | 0.19 |
| Totals: | 30,533.00 | 30,533.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,515.00 | 2,515.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 14,661.60 | 755.98 |
| 4. | Americredit Financial Ser Inc | Secured | 10,780.80 | 10,780.80 |
| 5. | Bud's Ambulance | Unsecured | 14.90 | 149.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 1,402.15 | 14,021.47 |
| 7. | ECast Settlement Corp | Unsecured | 10.91 | 109.11 |
| 8. | ECast Settlement Corp | Unsecured | 58.87 | 588.69 |
| 9. | Schottler & Zukosky | Priority | | No Claim Filed |
| 10. | American General Finance | Unsecured | | No Claim Filed |
| 11. | Action Card | Unsecured | | No Claim Filed |
| 12. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 13. | Retail Services | Unsecured | | No Claim Filed |
| 14. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | | No Claim Filed |
| 15. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 16. | Radio Shack | Unsecured | | No Claim Filed |
| | | | $ 29,444.23 | $ 28,920.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Young, Michael H | Case Number:  05 B 07588 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  3/3/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 104.40 |
| 5.5% | 346.49 |
| 5% | 140.00 |
| 4.8% | 133.88 |
| 5.4% | 491.99 |
| 6.5% | 226.58 |
| 6.6% | 169.42 |
| | $ 1,612.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

